**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

In the Matter of:                                Case No. **08-03353-lmj11**

**Bob Lenc Landscaping, Inc.,**

        Debtor

**RECUSAL ORDER**
(date entered on docket: _____)

      On September 2, 2008 the above named debtor filed a petition seeking relief under Chapter 11 of the United States Bankruptcy Code.

      I belong to a homeowners association. Recently I learned that the board of directors of that association approved a snow removal contract with the debtor for the 2008/2009 season. Accordingly, I recuse myself from presiding over this reorganization case pursuant to Rule 5004(a) of the Federal Rules of Bankruptcy Procedure and 28 U.S.C. sections 455(a) and 455(b)(4).

      The bankruptcy judges in the Northern District of Iowa are presently designated by the Eighth Circuit Judicial Council to assist in the Southern District of Iowa, and _____ has agreed to handle this case.

      **Therefore, it is hereby Ordered that:** The Clerk of Court shall reassign this case to _____.

                                                    /s/ Lee M. Jackwig
                                                    LEE M. JACKWIG
                                                    U.S. BANKRUPTCY JUDGE

Parties receiving this Order from the Clerk of Court:
Electronic Filers in this Chapter 11 Case